ORIGINAL

ROBERT G. FRAME        1449-0
MICHAEL J. NAKANO      6940-0

FRAME FORMBY & O'KANE
Attorneys at Law
A Law Corporation
Four Waterfront Plaza, Suite 575
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 545-3043
Facsimile: (808) 545-3065
Email: FFOMaritime@aol.com

Attorneys for Defendant
SAUSE BROS., INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

JAN 18 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEL ROCKEY, | CIVIL NO. CV 04 00697 SOM-BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER |
| vs. | |
| SAUSE BROS., INC., | |
| Defendant. | TRIAL DATE: August 1, 2006 |

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES; ORDER

Pursuant to Rule 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff DEL ROCKEY and Defendant SAUSE BROS., INC., by and through their respective counsel, that any and all claims

ORIGINAL

which were asserted and/or which could have been asserted against Defendant be dismissed with prejudice. Defendant likewise dismisses with prejudice any and all claims against Plaintiff, which were asserted and/or which could have been asserted by way of counter-claim. Each party is to bear their own attorneys' fees.

This stipulation is signed by all remaining parties who have appeared in this action. No claims remain in this case. Trial had been set for August 1, 2006 before the Honorable Susan Oki Mollway.

DATED: Honolulu, Hawaii; January 18, 2006.

_____
PRESTON EASLEY
Attorney for Plaintiff

_____
ROBERT G. FRAME
MICHAEL J. NAKANO
Attorneys for Defendant
SAUSE BROS., INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Del Rockey v. Sause Bros., Inc.;* Civil No. CV04-00697 SOM/BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER